| | |
|---|---|
| **From:** | RIAA Antipiracy |
| **To:** | abuse@cloudflare.com; abuse@rackspace.com; legal@spinrilla.com; david@lilenfeld.com; dmca@spinrilla.com |
| **Subject:** | Unauthorized Sound Recordings (REF: X20-245481579197027) |
| **Date:** | Thursday, January 16, 2020 12:50:48 PM |

January 16, 2020

Spinrilla.com
Cloudflare
Rackspace Hosting


X20-245481579197027

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet.

We have learned that your service is hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the site operator(s) of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the site operator(s)' conduct, and whether the site(s)' activities violate your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1025 F Street NW, 10th Floor, Washington, DC, 20004, Tel. (202) 775-0101, or e-mail antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Traci Crippen
Online Anti-Piracy
RIAA


https://spinrilla.com/songs/2480250-big-sean-and-jhene-aiko-twenty88-2-minute-warning-ft-detail-and-k-ci-jojo-chopped-and-screwed jhene aiko - 2 minute warning
https://spinrilla.com/songs/1379878-jhene-aiko-3-16-am-c-s jhene aiko - 3 16 am
https://spinrilla.com/songs/1425435-dj-doeman-21-jhene-aiko-ascension-feat-brandy-screwed-slowed-down-mafia jhene aiko - ascension
https://spinrilla.com/songs/1379880-jhene-aiko-bed-peace-ft-childish-gambino-c-s jhene aiko - bed peace
https://spinrilla.com/songs/1694601-dj-doeman-14-jhene-aiko-blue-dream-slowed-down-mafia-djdoeman jhene aiko - blue dream
https://spinrilla.com/songs/1694596-dj-doeman-09-jhene-aiko-brave-slowed-down-mafia-djdoeman jhene aiko - brave
https://spinrilla.com/songs/1379882-jhene-aiko-comfort-inn-ending-c-s jhene aiko - comfort inn ending
https://spinrilla.com/songs/1694597-dj-doeman-10-jhene-aiko-eternal-sunshine-slowed-down-mafia-djdoeman jhene aiko - eternal sunshine
https://spinrilla.com/songs/1425433-dj-doeman-20-jhene-aiko-frequency-screwed-slowed-down-mafia jhene aiko - frequency
https://spinrilla.com/songs/1694592-dj-doeman-05-jhene-aiko-its-cool-slowed-down-mafia-djdoeman jhene aiko - it s cool
https://spinrilla.com/songs/1425378-dj-doeman-02-jhene-aiko-jukai-screwed-slowed-down-mafia jhene aiko - jukai
https://spinrilla.com/songs/1694588-dj-doeman-01-jhene-aiko-limbo-limbo-limbo-slowed-down-mafia-djdoeman jhene aiko - limbo limbo limbo
https://spinrilla.com/songs/1425376-dj-doeman-01-jhene-aiko-lsd-screwed-slowed-down-mafia jhene aiko - lsd
https://spinrilla.com/songs/1694593-dj-doeman-06-jhene-aiko-lyin-king-slowed-down-mafia-djdoeman jhene aiko - lyin king
https://spinrilla.com/songs/1425384-dj-doeman-04-jhene-aiko-moments-feat-big-sean-screwed-slowed-down-mafia jhene aiko - moments
https://spinrilla.com/songs/1425427-dj-doeman-17-jhene-aiko-mystic-journey-freestyle-screwed-slowed-down-mafia jhene aiko - mystic journey
https://spinrilla.com/songs/1425410-dj-doeman-11-jhene-aiko-never-call-me-feat-kurupt-screwed-slowed-down-mafia jhene aiko - never call me
https://spinrilla.com/songs/1425401-dj-doeman-08-jhene-aiko-new-balance-screwed-slowed-down-mafia jhene aiko - new balance
https://spinrilla.com/songs/1425404-dj-doeman-09-jhene-aiko-newer-balance-freestyle-screwed-slowed-down-mafia jhene aiko - newer balance
https://spinrilla.com/songs/1425413-dj-doeman-12-jhene-aiko-nobody-screwed-slowed-down-mafia jhene aiko - nobody
https://spinrilla.com/songs/1425421-dj-doeman-15-jhene-aiko-oblivion-creation-screwed-slowed-down-mafia jhene aiko - oblivion creation
https://spinrilla.com/songs/1425388-dj-doeman-05-jhene-aiko-olla-only-lovers-left-alive-screwed-slowed-down-mafia jhene aiko - olla
https://spinrilla.com/songs/1425417-dj-doeman-13-jhene-aiko-overstimulated-screwed-

slowed-down-mafia jhene aiko - overstimulated
https://spinrilla.com/songs/1425429-dj-doeman-18-jhene-aiko-picture-perfect-freestyle-screwed-slowed-down-mafia jhene aiko - picture perfect
https://spinrilla.com/songs/1694599-dj-doeman-12-jhene-aiko-pretty-bird-freestyle-slowed-down-mafia-djdoeman jhene aiko - pretty bird
https://spinrilla.com/songs/1694598-dj-doeman-11-jhene-aiko-promises-slowed-down-mafia-djdoeman jhene aiko - promises
https://spinrilla.com/songs/1425426-dj-doeman-16-jhene-aiko-psilocybin-love-in-full-effect-screwed-slowed-down-mafia jhene aiko - psilocybin
https://spinrilla.com/songs/1694600-dj-doeman-13-jhene-aiko-remember-slowed-down-mafia-djdoeman jhene aiko - remember
https://spinrilla.com/songs/1425397-dj-doeman-07-jhene-aiko-sativa-feat-swae-lee-screwed-slowed-down-mafia jhene aiko - sativa
https://spinrilla.com/songs/1425430-dj-doeman-19-jhene-aiko-sing-to-me-feat-namiko-love-screwed-slowed-down-mafia jhene aiko - sing to me
https://spinrilla.com/songs/1379887-jhene-aiko-stay-ready-what-a-life-ft-kendrick-lamar-c-s jhene aiko - stay ready what a life
https://spinrilla.com/songs/1694595-dj-doeman-08-jhene-aiko-the-pressure-slowed-down-mafia-djdoeman jhene aiko - the pressure
https://spinrilla.com/songs/2424582-jhene-aiko-the-vapors-ft-vince-staples jhene aiko - the vapors
https://spinrilla.com/songs/1379891-jhene-aiko-the-worst-c-s jhene aiko - the worst
https://spinrilla.com/songs/1694590-dj-doeman-03-jhene-aiko-to-love-and-die-slowed-down-mafia-djdoeman jhene aiko - to live die
https://spinrilla.com/songs/1425437-dj-doeman-22-jhene-aiko-trip-feat-mali-music-screwed-slowed-down-mafia jhene aiko - trip
https://spinrilla.com/songs/1694589-dj-doeman-02-jhene-aiko-ways-slowed-down-mafia-djdoeman jhene aiko - w a y s
https://spinrilla.com/songs/1694594-dj-doeman-07-jhene-aiko-wading-slowed-down-mafia-djdoeman jhene aiko - wading
https://spinrilla.com/songs/1425392-dj-doeman-06-jhene-aiko-when-we-love-screwed-slowed-down-mafia jhene aiko - when we love
https://spinrilla.com/songs/1425382-dj-doeman-03-jhene-aiko-while-we-re-young-screwed-slowed-down-mafia jhene aiko - while we re young
https://spinrilla.com/songs/1379893-jhene-aiko-wth-ft-ab-soul-c-s jhene aiko - wth
https://spinrilla.com/songs/1425407-dj-doeman-10-jhene-aiko-you-are-here-screwed-slowed-down-mafia jhene aiko - you are here
https://spinrilla.com/songs/2479345-juice-wrld-make-it-sell juice wrld - make it sell
https://spinrilla.com/songs/2479349-juice-wrld-nesquick juice wrld - nesquick
https://spinrilla.com/songs/2434513-tmp954-summer-walker-anna-mae summer walker - anna mae
https://spinrilla.com/songs/2434514-tmp954-summer-walker-body summer walker - body
https://spinrilla.com/songs/2434511-tmp954-summer-walker-usher-come-thru summer walker - come thru
https://spinrilla.com/songs/2434515-tmp954-summer-walker-drunk-dialing-lodt summer walker - drunk dialing lodt
https://spinrilla.com/songs/2434516-tmp954-summer-walker-fun-girl summer walker - fun girl
https://spinrilla.com/songs/2434512-tmp954-summer-walker-ft-jhene-aiko-i-ll-kill-you summer walker - i ll kill you
https://spinrilla.com/songs/2434510-tmp954-summer-walker-partynextdoor-just-might

summer walker - just might
https://spinrilla.com/songs/2434508-tmp954-summer-walker-6lack-like-it summer walker - like it
https://spinrilla.com/songs/2434517-tmp954-summer-walker-me summer walker - me
https://spinrilla.com/songs/2434519-tmp954-summer-walker-nobody-else summer walker - nobody else
https://spinrilla.com/songs/2434520-tmp954-summer-walker-off-of-you summer walker - off of you
https://spinrilla.com/songs/2434521-tmp954-summer-walker-over-it summer walker - over it
https://spinrilla.com/songs/2434523-tmp954-summer-walker-potential summer walker - potential
https://spinrilla.com/songs/2434524-tmp954-summer-walker-tonight summer walker - tonight