IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING SPINRILLA'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 7.4, Plaintiff Spinrilla, LLC has moved this Court to extend the deadline for the Plaintiff to file their response to Recording Industry Association of America, Inc.'s ("RIAA") Motion to Dismiss by fourteen (14) days, an extension the RIAA has consented to.

The Court hereby GRANTS the consent motion, and Plaintiff's response will be due on or before April 27, 2020.

So ORDERED this 3rd day of April, 2020.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE