IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## BRIAN C. HUSKEY'S MOTION TO WITHDRAW AS COUNSEL

Pursuant to Civil Local Rule 83.1(E), Brian C. Huskey moves the Court for an Order allowing him to withdraw as counsel for Plaintiff in this action and removing his name from all service lists in this case. Mr. Huskey is no longer employed by Lilenfeld PC, the firm retained by Spinrilla, LLC to represent it in this action. David M. Lilenfeld, Robin L. Gentry, and Kennington R. Groff remain as counsel of record for Spinrilla, LLC. Mr. Huskey's withdrawal will not adversely affect Spinrilla, LLC and will not delay the progress of this case. A Proposed Order granting this motion is attached hereto.

Respectfully submitted this 15th day of April, 2020.

*/s/ Brian C. Huskey*
Brian C. Huskey
Georgia Bar No. 543361
huskeyb@gmail.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The foregoing BRIAN C. HUSKEY'S MOTION TO WITHDRAW AS COUNSEL was filed using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

| Andrew H. Bart | Olivia G. Hoffman | James A. Lamberth |
|---|---|---|
| *abart@jenner.com* | *ohoffman@jenner.com* | *James.lamberth@troutman.com* |

Dated: April 15, 2020

*/s/ Brian C. Huskey*
Brian C. Huskey

3