IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DAVID M. LILENFELD, ESQ.

David M. Lilenfeld, Esq., pursuant to 28 U.S.C. Section 1746, declares under penalty of perjury as follows:

1.

My name is David M. Lilenfeld. I am over the age of 18 years and I am competent in all respects to testify regarding the matters set forth herein. I am a partner with Lilenfeld PC and represent Spinrilla in this action. I have personal knowledge of the matters discussed herein.

2.

Spinrilla brought this claim against Defendant Recording Industry Association of America, Inc. for violation of 17 U.S.C. Section 512(f).

3.

On September 6, 2019, I sent an Ken Doroshow, Chief Legal Officer of the RIAA the email attached as Exhibit 1.

4.

On September 24, 2019, pursuant to a request by the RIAA that Spinrilla provide a specific example, I emailed Mr. Doroshow with one example: <https://spinrilla.com/songs/906598-kvng-zuzi-nav-myself> which was listed in the RIAA's August 29, 2010 Notice. (*See* Exhibit 1).

5.

On September 24, 2019, pursuant to a request by the RIAA that Spinrilla provide a specific example, I emailed Mr. Doroshow with one example: <https://spinrilla.com/songs/906598-kvng-zuzi-nav-myself> which was listed in the RIAA's August 29, 2010 Notice. (*See* Exhibit 1).

6.

Some of the discovery that Spirilla will pursue during the discovery period that will likely create a genuine issue of material fact include:

- the deposition of Ms. Crippen to gather additional facts regarding her credentials, credibility and to gather additional facts regarding her

investigation of the audio file attached as Exhibit 2 to Spinrilla's Complaint which forms the basis of Defendant's motion (the "Audio File"), including

- the portions of the audio file Ms. Crippen identified as allegedly infringing,
- Ms. Crippen's comparison of those portions to the copyrighted 2 Minute Warning sound recording, and
- the steps Ms. Crippen took to determine that the Audio File was not "fair use";

- written discovery regarding the process and procedures through which the RIAA's "online piracy team constantly monitors the illegal trading of copyrighted songs" as described on RIAA's website, located at <www.riaa.com/about-riaa/become-an-riaa-member>;

- written discovery regarding Defendant's general policies and procedures for identifying audio files that are the listed in a takedown notice, including the policy and procedure for determining whether an audio file is infringing and not fair use;

- written discovery regarding the identity of individuals involved in creating the policy and procedures for for identifying audio files that

are the listed in a takedown notice, including the policy and procedure for determining whether an audio file is infringing and not fair use;

- discovery relating to other inaccurate takedown notices sent by Defendant to Spinrilla; more specifically, how the audio files in these notices were identified as infringing; were they confirmed as infringing prior to being included in a notice;
- written discovery relating to the individuals involved in identifying allegedly infringing material on Spinrilla and preparing takedown notices to Spinrilla;
- discovery relating to the RIAA's internal and external communications about Spinrilla;
- written discovery regarding whether Defendant investigated Spinrilla's September 2019 email communications to the RIAA regarding inclusion of audio files where the metadata did not match the actual sound recording; and, if so what that investigation entailed;
- written discovery regarding Defendant's knowledge of material misrepresentations in takedown notices sent to third parties;
- deposition of Defendant to further inquire regarding these topics;

- depositions of any of Defendant's employees who were involved in identifying or confirming audio files on Spinrilla that were included in takedown notices to Spinrilla, as this may inform the Court if Defendant is sending the notices in good faith (or sending the notices consistent with the statute).

7.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed this 1st day of May, 2020.

*/s/ David M. Lilenfeld*
David M. Lilenfeld, Esq.