IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RECORDING INDUSTRY | : | CIVIL ACTION NO. |
| ASSOCIATION OF AMERICA, INC., | : | 1:20-cv-0492-AT |
| | : | |
| Defendant. | : | |

## ORDER

On February 10, 2020, the Clerk entered a "Notice of deficiency re AO Form 121" and directed the Plaintiff to complete and file AO Form 121 in accordance with Local Rule 3.4. To date Plaintiff has failed to comply with the Clerk's directive. Accordingly, Plaintiff is **ORDERED** to **SHOW CAUSE** in writing **NO LATER THAN MAY 15, 2020**, why it has failed to cure the deficiency and file the AO Form 121 as required by this Court.

**IT IS SO ORDERED** this 8th day of May, 2020.

_____
**Amy Totenberg**
**United States District Judge**