IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## SPINRILLA'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Spinrilla, LLC ("Spinrilla") responds to this Court's Order to Show Cause (Dkt. 29) as follows:

This is an action for misrepresentation under 17 U.S.C. Section 512(f) of the Copyright Act of 1976 based on Defendant sending false DMCA takedown notices to Spinrilla. (Complaint, Dkt. 1). Because the action involves a section of the Copyright Act, 17 U.S.C. Section 101 *et seq.*, Spinrilla represented that this was a Copyright action on its Civil Cover Sheet (Dkt. 1-3) because that is, in Spinrilla's opinion, the most accurate description of the "nature of suit." However, this is not an action for copyright infringement under 17 U.S.C. Section 501 in which the infringement and validity of a registered copyright is at issue. At this time, there are no allegations that any of the copyrights asserted by Defendant in the takedown

notices are not owned or validly held by one of Defendant's members.

In fact, the takedown notices sent by Defendant to Spinrilla do not contain the copyright registration number for the works subject to that takedown notice. (*See* Takedown Notices, Dkt. 23-4). Accordingly, Spinrilla believed that an AO Form 121 was not appropriate because the infringement and validity are not at issue.

Based on the Court's May 8, 2020 Order, Spinrilla understands that the Court considers an AO 121 Form appropriate in a Misrepresentation case under 17 U.S.C. Section 512(f). Spinrilla has researched the exemplary work included in its Complaint (Dkt. 1) and the two other exemplary works referred to in its Response to Defendant's Motion to Dismiss (Dkt. 23) and located what it believes are the correct copyright registration numbers for those works. Accordingly, Spinrilla has filed its AO 121 Form and respectfully requests that the Court accept that filing.

Respectfully submitted this 14th day of May, 2020.

**LILENFELD PC**

/s/David M. Lilenfeld
David M. Lilenfeld
Georgia Bar No. 452399
Robin L. Gentry
Georgia Bar No. 289899
Kennington R. Groff
Georgia Bar No. 782901

3379 Peachtree Road NE, Suite 980
Atlanta, Georgia 30326
Telephone: (404) 201-2520
Facsimile: (404) 393-9710

david@lilenfeld.com
robin@lilenfeld.com
kg@lilenfeld.com

*Attorneys for Plaintiff Spinrilla, LLC*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020, the foregoing SPINRILLA'S RESPONSE TO ORDER TO SHOW CAUSE was filed electronically with the Court using the CM/ECF system, which action will cause automatic electronic notification of the filing from the Court to be served upon the following:

*Andrew H. Bart*
abart@jenner.com

*Olivia G. Hoffman*
ohoffman@jenner.com

*James A. Lamberth*
James.lamberth@troutman.com

Dated: May 14, 2020

*/s/ David M. Lilenfeld*
David M. Lilenfeld