IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPINRILLA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:20-CV-0492-AT |
| | ) | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING SPINRILLA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFF'S RULE 56(D) MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 7.4, Plaintiff Spinrilla, LLC has moved this Court to extend the deadline for Plaintiff to file a Reply Brief in Support of Plaintiff's Rule 56(D) Motion by fourteen (14) days, an extension the RIAA has consented to.

The Court hereby GRANTS the consent motion, and Plaintiff's response will be due on or before June 12, 2020.

So ORDERED this 22 day of May, 2020.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE