UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPINRILLA, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>RECORDING INDUSTRY<br>ASSOCIATION OF AMERICA, INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00492-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 13th day of January, 2021.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                           By:    s/R. Bryant
                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 13, 2021
James N. Hatten
Clerk of Court

By:  s/R. Bryant
       Deputy Clerk